UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| TONI HANSEN, an individual;<br>RONALD HANSEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, a Delaware corporation, COUNTRYWIDE HOME LOANS, INC., a New York corporation,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 2:11-CV-01586-PMP-PAL<br><br>**ORDER** |

Plaintiffs' have failed to respond to Defendants' Countrywide Financial Corporation and Countrywide Home Loans, Inc.'s Motion to Dismiss or in the Alternative, Motion for Summary Judgment (Doc. #9) filed October 31, 2011. As a result, Plaintiffs' consent to the granting of Defendants' Motion. Additionally, a review of Defendants' unopposed motion shows that Defendants are entitled to the relief requested on the merits.

**IT IS THEREFORE ORDERED that** Defendants' Countrywide Financial Corporation and Countrywide Home Loans, Inc.'s Motion to Dismiss or in the Alternative, Motion for Summary Judgment (Doc. #9) is **GRANTED**.

DATED: November 22, 2011.

_____
PHILIP M. PRO
United States District Judge