UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TONI HANSEN, an individual; RONALD HANSEN, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, a Delaware corporation, COUNTRYWIDE HOME LOANS, INC., a New York corporation,<br><br>　　　　Defendants. | 2:11-CV-01586-PMP-PAL<br><br>**<u>ORDER</u>** |

　　　　Having read and considered Defendants' fully briefed Motion to Dismiss, or In the Alternative Motion for Summary Judgment (Doc. #9), and Plaintiff's Counter Motion for Leave to Amend (Doc. #20), and having further considered the arguments of counsel presented at the hearing conducted March 19, 2012, and good cause appearing,

　　　　**IT IS ORDERED that** Defendants' Motion to Dismiss or in the Alternative, Motion for Summary Judgment (Doc. #9) is **DENIED** as to Plaintiff's First, Third and Fourth Claims for Relief.

　　　　**IT IS FURTHER ORDERED** that Plaintiff's Counter Motion for Leave to Amend (Doc. #20) is **DENIED** as moot.

DATED: March 26, 2012.

_____
PHILIP M. PRO
United States District Judge