UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

TONI HANSEN; RONALD HANSEN;

    Plaintiffs,

v.

COUNTRYWIDE FINANCIAL CORPORATION; COUNTRYWIDE HOME LOANS, INC.,

    Defendants.

2:11-cv-01586-PMP-PAL

ORDER

    Presently before the Court is Defendants Countrywide Financial Corporation and Countrywide Home Loans, Inc.'s Motion for Leave to File Motion for Summary Judgment Under Seal (Doc. #48), filed on May 6, 2013. Defendants argue their Motion for Summary Judgment (Doc. #50) should be sealed in its entirety because the Motion as well as one of the exhibits to the Motion contain Plaintiffs Toni Hansen and Ronald Hansen's credit scores.

    Sealing the entire Motion and all of its exhibits is not appropriate and would not further the public policy goals underlying the presumption in favor of public access to judicial records. However, the Court will permit Defendants to redact Plaintiffs' credit scores from Defendants' Motion and the relevant exhibit as the public interest in such information is outweighed by the privacy concerns in revealing this information. Defendants shall file a redacted version of their Motion for Summary Judgment (Doc. #50), including a redacted version of the exhibit containing Plaintiffs' credit scores, within seven (7) days from the date of this Order. The redacted filings shall not be filed under seal. In

reviewing Defendants' Motion for Summary Judgment and its supporting exhibits, the Court will refer to the sealed, unredacted documents already on file as Docket No. 50.

IT IS THEREFORE ORDERED that Defendants Countrywide Financial Corporation and Countrywide Home Loans, Inc.'s Motion for Leave to File Motion for Summary Judgment Under Seal (Doc. #48) is hereby GRANTED in part and DENIED in part. It is granted to the extent that Docket No. 50 shall remain under seal so the Court may review Plaintiffs' credit scores. It is denied to the extent that Defendants shall file a redacted version of their Motion for Summary Judgment and its exhibits, consistent with the above ruling, within seven (7) days from the date of this Order. The redacted filings shall not be filed under seal.

DATED: May 13, 2013

_____
PHILIP M. PRO
United States District Judge